UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TRELLIS EARTH PRODUCTS, INC., | ) | Chapter 11 |
| | ) | |
|    Debtor. | ) | Case No. 16-90205-BHL-11 |

## **APPEARANCE**

Comes now Bingham Greenebaum Doll LLP by Whitney L. Mosby and enters Appearance on behalf of Golden Properties, Ltd., and requests that all pleadings and notices be sent to the undersigned at the address shown below:

>Whitney L. Mosby (#23691-49)
>Bingham Greenebaum Doll LLP
>10 West Market Street, #2700
>Indianapolis, IN  46204
>Tel:    317-968-5469
>Fax:   317-236-9907
>Email: wmosby@bgdlegal.com

              Respectfully submitted,

              */s/ Whitney L. Mosby*
              Whitney L. Mosby, #23691-49
              *Attorney for Golden Properties, Ltd.*

BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN  46204
Tel:  (317) 635-8901
Fax: (317) 236-9907

17299218

## **CERTIFICATE OF SERVICE**

   I hereby certify that on February 18, 2016, a copy of the foregoing *Appearance* was filed electronically.  Notice of this filing will be sent to the following party/parties through the Court's Electronic Case Filing System.  Party/parties may access this filing through the Court's system.

| | |
|---|---|
| David R. Krebs<br>Tucker, Hester, Baker & Krebs, LLC<br>One Indiana Square<br>Suite 1600<br>Indianapolis, IN 46204<br>dkrebs@thbklaw.com | U.S. Trustee<br>Office of the U.S. Trustee<br>101 W. Ohio Street, Suite 1000<br>Indianapolis, IN 46204<br>Ronald.moor@usdoj.gov |
| Henry A. Efroymson<br>ICE MILLER LLP<br>One American Square, Suite 2900<br>Indianapolis, IN  46282-0200<br>Henry.efroymson@icemiller.com | Sarah Lynn Fowler<br>ICE MILLER LLP<br>One American Square, Suite 2900<br>Indianapolis, IN  46282-0200<br>Sarah.fowler@icemiller.com |

        */s/ Whitney L. Mosby*

17299218