IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| IN RE:<br><br>TRELLIS EARTH PRODUCTS, INC.,<br><br>Debtor. | CASE NO. 16-90205 BHL 11 |

**NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE**

Nancy J. Gargula, United States Trustee, by Ronald J. Moore, Assistant U.S. Trustee, pursuant to 11 U.S.C. § 1102(a), hereby appoints the following members to the Official Committee of Unsecured Creditors in the above captioned cause:

Terry Keith, for
Burris Electric
P.O. Box 131
Austin, IN 47102
(812) 522- 7401
tkeith@burriselectric.com

Tim Myshak, for
Complete Distribution
Services, Inc.
P.O. Box 230517
Portland, OR 97281
(503) 597-1113
Timm@shipcds.com

Louis Duncan, for
Biehle Systems, Inc.
9605 W. U.S. Highway 50
Seymour, IN 47274
(812) 523-3320
lduncan@biehleinc.com

Shally Xu, for
Zhejiang Wafa Ecosystem
Science and Technology Co.,
Ltd.
No. 1b Wafa Raod
Sanjie Town, Shengzhou
Zhejiang, China
+86-575-83833886
wfxuwenqin@wafadpm.com

Respectfully Submitted,

Nancy J. Gargula
UNITED STATES TRUSTEE

By:  /s/ Ronald J. Moore
     Ronald J. Moore
     Office of the United States Trustee
     101 W. Ohio Street, Suite 1000
     Indianapolis, IN 46204
     Tel. (317) 226-6268
     Fax (317) 226-6356
     Ronald.Moore@usdoj.gov


**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

John Joseph Allman, jallman@thbklaw.com, dadams@thbklaw.com

Susan M. Argo, sargo@graydon.com, aderexson@graydon.com

John R. Carr, III, jrciii@acs-law.com, sfinnerty@acs-law.com

Bret S. Clement, bclement@acs-law.com, sfinnerty@acs-law.com

Henry A. Efroymson, henry.efroymson@icemiller.com

Sarah Lynn Fowler, Sarah.Fowler@icemiller.com,
Kathy.chulchian@icemiller.com

David R. Krebs, dkrebs@thbklaw.com, dadams@thbklaw.com

John A. Majors, jam@morganandpottinger.com,
majormajors44@yahoo.com

Alan K. Mills, alan.mills@btlaw.com, bankruptcyindy@btlaw.com

Whitney L Mosby, wmosby@bgdlegal.com, floyd@bgdlegal.com

2

Thomas C Scherer, tscherer@bgdlegal.com, rjenkins@bgdlegal.com

Jonathan David Sundheimer, jsundheimer@btlaw.com

I further certify that on March 2, 2016, a copy of the foregoing was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Terry Keith, for
Burris Electric
P.O. Box 131
Austin, IN 47102

Louis Duncan, for
Biehle Systems, Inc.
9605 W. U.S. Highway 50
Seymour, IN 47274

Tim Myshak, for
Complete Distribution Services, Inc.
P.O. Box 230517
Portland, OR 97281

/s/ Ronald J. Moore
Ronald J. Moore
Office of the United States Trustee
101 W. Ohio Street, Suite 1000
Indianapolis, IN 46204
Tel. (317) 226-6268
Fax (317) 226-6356
Ronald.Moore@usdoj.gov