UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| TRELLIS EARTH PRODUCTS, INC. d/b/a ) | |
| TRELLIS BIOPLASTICS, ) | |
| ) | Case No. 16-90205-BHL-11 |
| Debtor. ) | |
| ) | |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

Barnes & Thornburg LLP and Alan K. Mills, Esq., file this *Motion for Leave to Withdraw as Counsel* and respectfully state as follows:

1. On February 25, 2016, Alan K. Mills filed an appearance [ECF No. 24] (the "Appearance") on behalf of Zhejiang Wafa Ecosystem Science & Technology Co., Ltd. ("Wafa") in the above-referenced case.

2. On March 7, 2016 at 8:50 p.m. ET, Wafa sent an email (the "Email") to, *inter alia*, Alan K. Mills, requesting that Alan K. Mills withdraw his Appearance on behalf of Wafa. A true and correct copy of the email is attached hereto as **Exhibit 1** and is incorporated herein by reference as if fully set forth at length.

3. Based on the Email, Barnes & Thornburg LLP and Alan K. Mills hereby request leave of the Court to withdraw the Appearance effective March 8, 2016.

4. Wafa's telephone number, pursuant to the Email, is 86-575-83833886.

WHEREFORE, pursuant to Local Rule B-9010-1(c), Barnes & Thornburg LLP and Alan K. Mills respectfully request that the Court enter an order withdrawing the Appearance effective March 8, 2016, and for such other and further relief that is just and proper.

*[SIGNATURE PAGE FOLLOWS]*

1

Dated: March 8, 2016               Respectfully submitted,


                                              */s/ Alan K. Mills*
                                              Alan K. Mills, Esq.
                                              BARNES & THORNBURG LLP
                                              11 South Meridian Street
                                              Indianapolis, Indiana 35204-3535
                                              Tel: (317) 236-1313
                                              Fax: (317) 231-7433
                                              Email: alan.mills@btlaw.com

                                              *Attorneys for Zhejiang Wafa Ecosystem Science & Technology Co., Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically this 8th day of March, 2016 through the Court's electronic noticing system. Notice of this filing will be sent to all parties registered to receive filings in this case by operation of the Court's ECF system. Parties not registered to receive filings in this case by operation of the Court's ECF system will be sent a copy of the foregoing via U.S. Mail, first class, postage prepaid. Parties may access this filing through the Court's ECF system.

*/s/ Jonathan D. Sundheimer*
Jonathan D. Sundheimer

DMS 3808997v1